UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED REEVES,

        Plaintiff,        Case No. 1:04cv782

v.        Hon. Robert J. Jonker

GERALD HOFBAUER,

        Defendants.
_____/

### ORDER AND JUDGMENT
### APPROVING REPORT AND RECOMMENDATION

Before the Court is the Magistrate's Report and Recommendation filed on November 6, 2007. The Court granted Plaintiff's request for an extension of time in which to file objections to the Report and Recommendation. Objections were due on December 17, 2007.

The time permitted for objections to the Report and Recommendation has elapsed, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C). Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 6, 2007, is APPROVED AND ADOPTED as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas petition is **DISMISSED**.


          /s/Robert J. Jonker
          Robert J. Jonker
          United States District Judge

Dated: December 20, 2007